**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiffs
SIERRA RIVERA, individually and as successor in interest to JESSE ATTAWAY, Deceased; BA, a minor, individually and as successor in interest to JESSE ATTAWAY, Deceased, by and through MISTY RIVERA, as Guardian ad Litem;
JIM ATTAWAY, individually

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RIVERA, individually and as successor in interest to JESSE ATTAWAY, Deceased; BA, a minor, individually and as successor in interest to JESSE ATTAWAY, Deceased, by and through MISTY RIVERA, as Guardian ad Litem; JIM ATTAWAY, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ANDREW CATER; BAO MAI; SCOTT JONES; and COUNTY OF SACRAMENTO, <br><br> Defendants. <br> _____/ | Case No. 2:18-cv-00056-WBS-EFB <br><br> **ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** <br><br> [Local Rule 17-202(a)] |

The Court, having considered the petition of BA for appointment of a Guardian ad Litem in the above action, and good cause appearing, hereby orders that Misty Rivera be appointed Guardian ad Litem for BA.

Dated: January 22, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Petition for Appointment of Guardian Ad Litem    1