CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax: 916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO, ANDREW CATER, BAO MAI, SCOTT JONES

STEWART KATZ, SBN 127425
LAW OFFICE OF STEWART KATZ
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678
Email: Stewartkatzlaw@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RIVERA, individually and as successor interest to JESSE ATTAWAY, Deceased; BA, a minor, individually and as successor in interest to JESSE ATTAWAY, Deceased, by and through MISTY RIVERA, as Guardian ad Litem; JIM ATTAWAY, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW CATER; BAO MAI; SCOTT JONES; and COUNTY OF SACRAMENTO,<br><br>Defendants. | Case No.: 2:18-cv-00056 WBS EFB<br><br>**STIPULATION TO EXTEND TIME FOR COUNTY OF SACRAMENTO DEFENDANTS TO RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON** |

WHEREAS, on January 10, 2018, Plaintiffs filed a Complaint in the United Stated District Court for the Eastern District of California, Sacramento, Case, No.: 2:18-cv-00056-WBS EFB;

WHEREAS, on January 18, 2018, Plaintiffs served the Complaint on the County of Sacramento;

WHEREAS, on January 26, 2018, the County of Sacramento retained Robert Chalfant as lead defense counsel in this matter;

WHEREAS, Defendant's response to the Complaint is due to be filed by February 7, 2018;

WHEREAS, Mr. Chalfant's father passed away on January 28, 2018, and defense counsel has been unavailable to work on this matter;

WHEREAS, counsel have agreed that Defendants may have an extension of time up to and including February 20, 2018, within which to file their Responsive pleading, in any manner permitted under the Federal Rules of Civil Procedure;

NOW THEREFORE, the parties by way of their attorneys stipulate as follows:

1. Defendants may have an extension of time up to and including February 20, 2018, within which to file their Responsive pleading to the Complaint in any manner permitted under the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATE: February 5, 2018      CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendants COUNTY OF SACRAMENTO, ANDREW CATER, BAO MAI, SCOTT JONES

DATE: February 5, 2018      LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ
Attorneys for Plaintiffs SIERRA RIVERA, individually and as successor interest to JESSE ATTAWAY, Deceased; BA, a minor, individually and as successor in interest to JESSE ATTAWAY, Deceased, by and through MISTY RIVERA, as Guardian ad Litem; JIM ATTAWAY, individually

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION TO EXTEND RESPONSE TIME
Case No. 2:18-cv-00056 WBS EFB

2

## ORDER

GOOD CAUSE APPEARING THEREFOR, Defendants may have an extension of time within which to file a response to Plaintiffs' Complaint. Defendants' response will be due on or before February 20, 2018.

IT IS SO ORDERED.

Dated: February 6, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

STIPULATION TO EXTEND RESPONSE TIME
Case No. 2:18-cv-00056 WBS EFB

3