**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl J. Calnero, SBN 117590
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SCOTT JONES, ANDREW CATER, and BAO MAI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RIVERA, individually and as successor interest to JESSE ATTAWAY, Deceased; BOBBI ATTAWAY, individually and as successor in interest to JESSE ATTAWAY, Deceased, JIM ATTAWAY, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW CATER; BAO MAI; SCOTT JONES; and COUNTY OF SACRAMENTO,<br><br>Defendants.<br>_____/ | Case No.: 2:18-cv-00056 WBS EFB<br><br>**STIPULATION TO CONTINUE THE EXPERT DISCLOSURE AND DISCOVERY DEADLINES; [PROPOSED] ORDER** |

This Stipulation is entered into by and between Plaintiffs SIERRA RIVERA, BOBBI ATTAWAY, and JIM ATTAWAY ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, SCOTT JONES, ANDREW CATER, and BAO MAI ("Defendants") through their counsel of record.

The Court previously set the deadline to disclose experts to be March 29, 2019, the deadline to disclose supplemental/rebuttal experts to be April 29, 2019, and the deadline to complete discovery to be May 28, 2019. Dckt. No. 24.

Given the issues presented by this case, the parties are still in the process of completing discovery that needs to be completed prior to the disclosure of expert witnesses and expert witnesses'

{01977020.DOCX} 1

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

reports. The parties have conferred and agree to continue the expert disclosure deadline to May 3, 2019, the supplemental/rebuttal expert disclosure deadline to May 31, 2019, and the discovery deadline to June 28, 2019. The parties submit good cause exists to extend the aforementioned deadlines. The parties further submit that continuing the aforementioned deadlines will not impact the Court's schedule. Specifically, continuing these deadlines will not disturb the last day to file dispositive motions and/or the trial date.

**IT IS SO STIPULATED.**

Dated: March 6, 2019  PORTER SCOTT
A PROFESSIONAL CORPORATION


By /*s/ William E. Camy*_____
    Carl J. Calnero
    Carl L. Fessenden
    William E. Camy
    Attorneys for Defendants
    COUNTY OF SACRAMENTO, ANDREW
    CATER, and BAO MAI

Dated: March 6, 2019  LAW OFFICE OF STEWART KATZ

By */s/ Stewart Katz - as authorized on 3/4/2019*\_\_\_
    Stewart Katz
    Attorney for Plaintiffs SIERRA RIVERA,
    BOBBI ATTAWAY, and JIM ATTAWAY

/////

/////

/////

/////

/////

/////

{01977020.DOCX}  2
**STIPULATION TO CONTINUE THE EXPERT DISCLOSURE AND DISCOVERY DEADLINES; [PROPOSED] ORDER**

# **ORDER**

Based upon the Stipulation of the parties:

1. The deadlines previously set for the disclosure of expert witnesses, supplemental/rebuttal expert witnesses, and to complete discovery are vacated.
2. The new deadline to disclose expert witnesses is May 3, 2019.
3. The new deadline to disclose supplemental/rebuttal expert witnesses is May 31, 2019.
4. The new deadline to complete discovery is June 28, 2019.

**IT IS SO ORDERED.**

DATED: March 6, 2019.

                                                   Edmund F. Brennan
                                                   U.S. Magistrate Judge