**LAW OFFICE OF DALE K. GALIPO**
DALE K. GALIPO, SBN 144074
21800 Burbank Blvd., Suite 310
Woodland Hills, CA  91367
Telephone: (818) 347-3333

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiffs
SIERRA RIVERA, individually and as successor in interest to JESSE ATTAWAY, Deceased; BOBBI ATTAWAY, individually and as successor in interest to JESSE ATTAWAY, Deceased; JIM ATTAWAY, individually

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RIVERA, individually and as successor in interest to JESSE ATTAWAY, Deceased; BOBBI ATTAWAY, individually and as successor in interest to JESSE ATTAWAY, Deceased; JIM ATTAWAY, individually,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ANDREW CATER; BAO MAI; SCOTT JONES; and COUNTY OF SACRAMENTO,<br><br>    Defendants.<br>_____/ | NO. 2:18-cv-00056 WBS EFB<br><br>**ORDER GRANTING CONTINUANCE OF THE PRETRIAL CONFERENCE** |

Based upon the Stipulation of the parties, the pretrial conference is continued to **November 12, 2019 at 1:30 p.m.**  Plaintiffs' pretrial statement shall be filed no later than October 29, 2019.  Defendants' pretrial statement shall be filed no later than November 5, 2019.

**IT IS SO ORDERED.**

Dated:  October 16, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING CONTINUATION OF THE PRETRIAL CONFERENCE            1