**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
ANDREW CATER, BAO MAI, SCOTT JONES and COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA RIVERA, individually and as successor in interest to JESSE ATTAWAY, Deceased; BOBBI ATTAWAY, individually and as successor in interest to JESSE ATTAWAY, Deceased, JIM ATTAWAY, individually,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CATER; BAO MAI; SCOTT JONES; and COUNTY OF SACRAMENTO,<br><br>Defendants.<br>_____/ | Case No.: 2:18-CV-00056 WBS EFB<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE;** ~~**PROPOSED ORDER**~~<br><br>First Amended<br>Complaint Filed: April 24, 2018 |

This Stipulation is entered into by and between Plaintiffs SIERRA RIVERA, BOBBI ATTAWAY and JIM ATTAWAY ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, SCOTT JONES, ANDREW CATER, and BAO MAI ("Defendants") through their counsel of record.

///

{02098629.DOCX} 1
**STIPULATION TO CONTINUE PRETRIAL CONFERENCE; PROPOSED ORDER**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

The parties request the currently set date for the Pretrial Conference November 12, 2019, be vacated, and rescheduled for December 9, 2019, at 1:30 p.m. The parties further request that the deadline to file their Separate Pretrial Conference Statements be re-set in accordance with the new Pretrial Conference Date.

The parties submit good cause exists for this request because the parties have been discussing the Court's Order on Defendants' Motion for Summary Judgment (Dkt. No. 69) and a potential resolution to the case in light of the Court's Order.

**IT IS SO STIPULATED.**

Dated: October 25, 2019     By /s/ Stewart Katz (authorized on 10/25/19)
                                                             DALE K. GALIPO
                                                             STEWART KATZ
                                                             Attorneys for Plaintiffs

Dated: October 28, 2019     PORTER SCOTT
                                      A PROFESSIONAL CORPORATION

                                      By  /s/ William E. Camy
                                            Carl L. Fessenden
                                            William E. Camy
                                            Attorneys for Defendants

# ORDER

Based upon the Stipulation of the parties, the Pretrial Conference is continued to December 9, 2019, at 1:30 p.m., in Courtroom 5. Plaintiffs' Separate Pretrial Conference Statement is now due on November 25, 2019. Defendants' Separate Pretrial Conference Statement is now due on December 2, 2019.

**IT IS SO ORDERED.**

Dated: October 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE