1  **LAW OFFICE OF DALE K. GALIPO**
DALE K. GALIPO, SBN 144074
2  21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
3  Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118
4

5  **LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
6  555 University Avenue, Suite 270
Sacramento, California 95825
7  Telephone: (916) 444-5678
8
Attorneys for Plaintiff
9  SIERRA RIVERA, individually and
as successor in interest to JESSE
10  ATTAWAY, Deceased; BOBBY
ATTAWAY, individually and as
11  successor in interest to JESSE
ATTAWAY, deceased, JIM ATTAWAY,
12  individually
13

**PORTER SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494,
William E. Camy SBN 291397
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
ANDREW CATER; BAO MAI; SCOTT JONES;
and COUNTY OF SACRAMENTO

14              **UNITED STATES DISTRICT COURT**

15              **EASTERN DISTRICT OF CALIFORNIA**

16  SIERRA RIVERA, individually and as            CASE NO. 2:18-cv-00056 WBS EFB
    successor in interest to JESSE ATTAWAY,
17  Deceased; BOBBY ATTAWAY,
    individually and as successor in interest to
18  JESSE ATTAWAY, deceased, JIM            **ORDER GRANTING DISMISSAL**
    ATTAWAY, individually,                  **WITH PREJUDICE**
19
20
                Plaintiff,
21        vs.
22
    ANDREW CATER; BAO MAI; SCOTT
23  JONES and COUNTY OF
    SACRAMENTO,
24
                Defendants.
25  _____/
26
27
28

1
2
3
4
5
6
7
8
9
10    Having reviewed the Stipulation of the parties and good cause appearing, IT IS
11 HEREBY ORDERED that the above-captioned action is dismissed with prejudice. Each
12 party is to bear its/their own fees and costs, including all attorneys' fees.

Dated:  January 28, 2020

13
14    WILLIAM B. SHUBB
      UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28